**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

INTERTEK TESTING SERVICES, N.A., INC.,

                  Plaintiff,

-against-

FRANK PENNISI, WENDY ASKLUND,
NICHOLAS PENNISI, and BIG APPLE TESTING, INC.,

                  Defendants.

----------------------------------------------------------------x

Civil Case No.: 2:19-cv-07103 (SJF) (AL)

**ORDER**

**FILED**
**CLERK**
11:53 am, Nov 02, 2020
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**THIS MATTER** having been commenced by Plaintiff, Intertek Testing Services, N.A., Inc. ("Intertek") by filing a complaint on December 19, 2019 by the firm of Lewis Brisbois Bisgaard & Smith LLP. On December 19, 2019, this Court granted a temporary restraining order in favor of Plaintiff [Dkt No. 8] The security was deposited by Plaintiff's attorney Elior D. Shiloh.

**IT IS HEREBY ORDERED** that the Court release the security funds in the amount of $2,500 to Elior Shiloh at Lewis Brisbois Bisgaard & Smith LLP , 77 Water Street, Suite 2100, New York, NY 10005.

Dated: New York, New York
       October 19, 2020

SO ORDERED:  11/2/2020
/s/Sandra J. Feuerstein
_____
U.S.D.J

4817-3668-6287.2